# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) Criminal Case No(s): |
| | ) 7:19MJ106 |
| v. | ) |
| | ) |
| | ) **NOTICE** |
| | ) |
| Michael L. Cauley | ) |

You were charged with one or more petty offenses as shown on the attached summons

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

**Date:** 10/17/2019

**Time:** 10:00am

**Location:** 210 Franklin Road SW
Poff Federal Building
Courtroom 3
Roanoke, VA  24011

Please be advised that if you do not appear as scheduled, a warrant will be issued for your arrest to be executed by the United States Marshal. If you have any questions, you may contact the Magistrate Judge's Courtroom Deputy at 540-857-5116 or the above address.

10/04/2019

JULIA C. DUDLEY, CLERK

By: S/C. Kemp